granted. *Solicitor General Biddle* for the United States. *Mr. Robert A. Littleton* for respondent.

No. 337. SCHWINN *v.* UNITED STATES. See *ante,* p. 616.

Nos. 133 and 134. LISENBA *v.* CALIFORNIA. See *ante,* p. 617.

No. 141. VANDENBARK *v.* OWENS-ILLINOIS GLASS Co. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* granted. *Messrs. Paul D. Smith* and *Thomas H. Sutherland* for petitioner. *Messrs. Lloyd T. Williams* and *Lawrence E. Broh-Kahn* for respondent.

No. 173. WALKER *v.* JOHNSTON, WARDEN. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* granted. *Mr. Charles E. Wyzanski, Jr.* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for respondent.

No. 315. EVANS *v.* UNITED STATES. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed *in forma pauperis,* granted. *Mr. Richard H. Wels* for petitioner. *Solicitor General Biddle, Assistant*